# United States District Court

### District of Utah

TAUNJA LOVE, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

OVERSTOCK.COM, INC.,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 2:22-cv-00118-DBB-CMR

IT IS ORDERED AND ADJUDGED

that Defendant's Motion to Dismiss and Compel Arbitration is granted, and Plaintiff's action is dismissed without prejudice.

August 12, 2022
*Date*

BY THE COURT:

_____
David Barlow
United States District Judge